modified, affirmed, without cost of this appeal to either party.

WILLIAMS, J., dissents, on the ground that under the facts of this case the granting of an open commission was an improper exercise of discretion, and the order should be reversed and the motion denied.

JAMES v. LIBBY, McNEIL & LIBBY. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by William James against Libby, McNeil & Libby. No opinion. Motion denied, with $10 costs.

JAMES T. WHITE & CO., Appellant, v. MOOT, Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by James T. White & Co. against Adelbert Moot. E. S. Benedict, for appellant. C. V. Nellany, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

JOHNSON, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Louise Johnson against the city of New York, the Automobile Club of America, Albert R. Shattuck, and others. No opinion. Reargument ordered, and case set down for June 7, 1905.

JOHNSON, Appellant, v. THOMPSON-STARRETT CO., Respondent. (Supreme Court, Appellate Division, Second Department, April 28, 1905.) Action by John P. Johnson against the Thompson-Starrett Company. No opinion. Appeal dismissed by default, with costs.

JOHNSTON, Respondent, v. LONG IS-LAND INV. & IMP. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by George B. Johnston against the Long Island Investment & Improvement Company. No opinion. Judgment, so far as appealed from, affirmed, with costs.

JONES v. FUCHS et al. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by William G. Jones against Frederick Waldemar Fuchs and others. No opinion. Order affirmed, with $10 costs and disbursements.

JONES, Respondent, v. MENDHAM, Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by Spencer Jones, an infant, by Mary Jones, his guardian ad litem, against Maurice B. Mendham. No opinion. Judgment and order of the County Court of Westchester county unanimously affirmed, with costs.

KAMINSKY v. SCHENKEL. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by Paul M. Kaminsky against Jacob Schenkel. No opinion. Motion denied, with $10 costs.

KEANE, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by William Keane against the Brooklyn Heights Railroad Company.

PER CURIAM. Order of the County Court of Kings county modified, by inserting a provision requiring the defendant to pay the costs of the trial and all disbursements in the action to date, together with the costs of this appeal, all to be paid within 20 days from the entry of this order. On failure to comply with these conditions, the order is reversed, and judgment unanimously directed on the verdict, with costs, and with costs of this appeal.

KELLER, Respondent, v. KELLER, Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Annie L. Keller against Augustus R. Keller. A. Beekmann, for appellant. C. W. Lefler, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on opinion in Keller v. Keller, 100 App. Div. 325, 91 N. Y. Supp. 528.

VAN BRUNT, P. J., and McLAUGHLIN, J., dissent.

KELLER v. KELLER. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by Annie L. Keller against Augustus R. Keller. No opinion. Motion denied.

KELLY, Respondent, v. FRONTIER TELE-PHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by Theresa Kelly, an infant, by James E. Kelly, her guardian ad litem, against the Frontier Telephone Company. No opinion. Judgment and order affirmed, with costs.

KENSINGTON NAT. BANK, Respondent, v. HENRY, Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by the Kensington National Bank against Charles T. Henry. No opinion. Judgment affirmed, with costs.

KENT, Appellant, v. LEWIS, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Frederick G. Kent against Henry H. Lewis. No opinion. Judgment affirmed, with costs.

KENT, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) Action by James L. Kent, as administrator of John E. Kent, deceased, against the New York, New Haven & Hartford Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

KIND, Appellant, v. BLAINE, Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by Eman-

uel Kind against James G. Blaine. M. M. Menken, for appellant. G. A. McDermott, for respondent. No opinion. Judgment affirmed, with costs.

KNEE, Respondent, v. NEWTON CREEK TOWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by James Knee against the Newton Creek Towing Company. No opinion. Judgment and order of the County Court of Queens county unanimously affirmed, with costs.

KRONTHAL, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. April, 1905.) Appeal from City Court of New York. Action by Louis Kronthal against the Metropolitan Street Railway Company. From a judgment in favor of plaintiff, defendant appeals. Reversed on condition. Henry A. Robinson (Bayard H. Ames and F. Angelo Gaynor, of counsel), for appellant. Joseph Kohler, for respondent.

PER CURIAM. It is quite evident that the jury in its award improperly included punitive damages. The judgment will be reversed, and a new trial ordered, unless the respondent stipulates to reduce the judgment to $200 and costs, in which event the judgment, as modified, will be affirmed, without costs.

KUEHN, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by Frederick W. Kuehn against the Syracuse Rapid Transit Railway Company.

PER CURIAM. Order denying motion for new trial on the order to show cause affirmed, with $10 costs and disbursements, on the opinion of Williams, J., in same case on appeal from judgment and order denying motion for new trial on the minutes. 93 N. Y. Supp. 883. SPRING and HISCOCK, JJ., dissent in opinion and memorandum written by them, respectively, on appeal from judgment and order denying motion for new trial on the minutes.

In re LAFAYETTE AVE. (Supreme Court, Appellate Division, First Department. May 20, 1905.) In the matter of Lafayette avenue. No opinion. Motion denied, with $10 costs.

LARSEN, Appellant, v. UNITED STATES MORTGAGE & TRUST CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Ludviska Larsen, as administratrix, etc., against the United States Mortgage & Trust Company. No opinion. Motion for leave to appeal to the Court of Appeals denied.

LEE, Respondent, v. UNION RY. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by Charles A. Lee against the Union Railway Company of New York. B. H.

Ames, for appellant. J. Steinhardt, for respondent.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to the sum of $2,150.38, in which event judgment, as so modified, and order, affirmed, without costs.

LENNOX, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Herbert E. Lennox against the Interurban Street Railway Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the authority of Lennox v. Interurban Street Railway Company (decided herewith) 93 N. Y. Supp. 230.

In re LENT. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) In the matter of the judicial settlement of the account of Smith Lent, administrator, etc. Motion granted.

LEVIN & MEYER CO. v. JACKSON et al. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by the Levin & Meyer Company against Henry H. Jackson and others. No opinion. Motion denied, with $10 costs.

LEVIN et al., Appellants, v. McLEAN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by Jacob Levin and another against James H. McLean and another. J. C. Wechsler, for appellants. G. E. Cogswell, for respondents. No opinion. Judgment affirmed, with costs.

LEVY v. POPPER et al. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by William Levy against Edward Popper and others. No opinion. Motion denied. Memorandum per curiam.

LEWIS v. BARBER. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by Ellis F. Lewis, as executor of Richard Westaway, deceased, against Herbert M. Barber, as administrator, etc., of Daniel Denean, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

LONG ISLAND LOAN & TRUST CO. v. BROOKLYN HYGIENIC ICE CO. et al. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by the Long Island Loan & Trust Company, as trustee, etc., against the Brooklyn Hygienic Ice Company, Agnes L. O'Rourke, individually and as executrix, etc., the Empire State & Surety Company, and others.

PER CURIAM. We are of the opinion that the court had no power on this motion to adjust the rights of the parties in respect to mat-